THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RAFAEL ORTIZ ESPADA

DEBTOR

CASE NO. 19-07659/MCF

CHAPTER 13

**DEBTOR'S MOTION FOR EXTENSION OF TIME
TO REPLY TO TRUSTEE'S MOTION TO DISMISS, DOCKET NO. 44**

TO THE HONORABLE COURT:

**NOW COMES, JOSE RAFAEL ORTIZ ESPADA**, the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On July 27, 2021, the Chapter 13 Trustee filed a *Trustee's Motion to Dismiss*, Docket No. 44, alleging that the Debtor has defaulted in his Plan payments in the sum of $1,200.00.

2. The Debtor hereby respectfully admits that he did incur in the Plan arrears due to certain economic problems, specifically, the Debtor was temporarily unemployed and recently returned to work.

3. The Debtor met with the undersigned attorney and respectfully states that he is in the process obtaining the money to cure the Plan arrears in the present case.

4. The Debtor respectfully requests additional time of thirty (30) days within to cure the arrears and file a reply to the *Trustee's Motion to Dismiss*, Docket No. 44. This extension of time to expire on September 23, 2021.

**WHEREFORE**, based on the above stated, the Debtor respectfully prays that the Honorable Court grant the present and grand the requested extension of time to reply to the

*Trustee's Motion to Dismiss,* Docket No. 44.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to: the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor to his address of record.

**RESPECTFULLY SUBMITED**, in San Juan, Puerto Rico, this 24th day of August 2021.

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787- 744-7699/787-963-7699
Email: rfc@rfigueroalaw.com